PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Herman, III                        Docket No. 5:25-CR-90-1D

**Petition for Action on Conditions of Pretrial Release**
Hearing Requested

COMES NOW C. Jordan Hagins, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Michael Herman, III, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the court at Raleigh, on the 1st day of July, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 1, 2025, the defendant was released on pretrial conditions to include a condition that the defendant is to not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802. On September 16, 2025, the defendant submitted a urine sample which was presumptive positive for cocaine. When confronted, the defendant denied engaging in any drug use, and attributed his results to taking a sexual enhancement pill he purchased from the gas station. The defendant's urine sample was sent to the national lab for confirmation and was confirmed positive for cocaine on September 24, 2025.

On September 26, 2025, the defendant submitted a urine sample which was presumptive positive for cocaine and marijuana. When confronted, the defendant denied engaging in any drug use, and stated he was unaware how his test was positive. The defendant's urine sample was sent to the national lab for confirmation and was confirmed positive for cocaine on October 1, 2025.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence                   /s/ C. Jordan Hagins
Keith W. Lawrence                       C. Jordan Hagins
Supervising U.S. Probation Officer        U.S. Probation Officer
                                                             150 Rowan Street Suite 110
                                                             Fayetteville, NC 28301
                                                             Phone: 910-354-2533
                                                            Executed On: October 2, 2025

**ORDER OF THE COURT**

Considered and ordered the __3__ day of __October__, 2025, and ordered filed and made part of the records in the above case.

/s/ James C. Dever
James C. Dever
U.S. District Judge